IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANZ ROLAND RAY,

        Petitioner,                  No. CIV S-06-1702 LKK KJM P

    vs.

KATHY MENDOZA-POWERS,
Warden,

        Respondent.               <u>ORDER</u>

        Petitioner is a state prison inmate proceeding with counsel on a petition for a writ of habeas corpus under 28 U.S.C. § 2254. He has paid the filing fee.

        Petitioner has also filed an application to hold the federal habeas proceedings in abeyance to allow him to exhaust his state remedies in connection with three of the claims raised in his federal petition.

        IT IS HEREBY ORDERED:

        1. Within thirty days of the date of this order, respondent is directed to respond to the request for a stay of the federal proceedings. If respondent does not oppose the stay, she may file a statement of non-opposition.

/////

1

1       2. Petitioner's reply, if any, is due within thirty days after the filing of the
response.

3. The Clerk of the Court is directed to serve a copy of this order on Michael Patrick Farrell, Deputy Attorney General.

DATED:  December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

2

ray1702.sty