IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANZ ROLAND RAY,

    Petitioner,               No. CIV S-06-1702 LKK KJM P

    vs.

KATHY MENDOZA-POWERS,
Warden, Avenal State Prison,

    Respondent.           <u>ORDER</u>

          /

On April 9, 2007, counsel for petitioner submitted a proposed order relieving him as counsel and substituting petitioner in pro per; counsel did not submit a copy of the order in WordPerfect or Word format for the court's signature. <u>See</u> L.R. 5-137(b).  The notice of substitution of counsel, filed February 12, 2007, is well-taken, however.

On March 29, 2007, the court granted petitioner's motion for a stay of proceedings and directed petitioner to file a status report within one hundred eighty days of that order if exhaustion was not completed.  Neither counsel nor petitioner has done so.

IT IS HEREBY ORDERED:

1. Cliff Gardner is hereby relieved as counsel and petitioner is substituted to act in pro per; and

/////

1

1         2. Within thirty days of the date of this order, petitioner shall file a status report
2 setting forth the progress of his exhaustion petition in the state court. Petitioner is reminded to
3 file further status reports in conformance with the schedule established in the order of March 29,
4 2007. Failure to comply will result in an order lifting the stay.

5 DATED: December 4, 2007.

                                            U.S. MAGISTRATE JUDGE

2

ray1702.ord