IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANZ ROLAND RAY,

    Petitioner,                    No. CIV S-06-1702 LKK KJM P

    vs.

KATHY MENDOZA-POWERS,
Warden, Avenal State Prison

    Respondent.                ORDER TO SHOW CAUSE

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On March 29, 2007, the court granted petitioner's motion for a stay of the proceedings to allow him to exhaust state remedies and directed petitioner to file periodic status reports. The court warned that failure to file status reports might result in the stay being lifted. Petitioner has not filed any status reports.

        IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner show cause why the stay issued on March 29, 2007 should not be lifted.

DATED: January 31, 2008.

2/ray1702.osc

_____
U.S. MAGISTRATE JUDGE

1