IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANZ ROLAND RAY,

    Petitioner,                    No. CIV S-06-1702 LKK KJM P

    vs.

KATHY MENDOZA-POWERS,
Warden, Avenal State Prison,

    Respondent.              ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On March 29, 2007, this court issued a stay of the proceedings to permit petitioner to exhaust state remedies as to certain claims. On December 5, 2007, the court directed petitioner to file a report on the status of his exhaustion petitions; petitioner did not respond. On February 1, 2008, the court directed petitioner to show cause why the stay should not be lifted; petitioner has not responded.

        IT IS THEREFORE ORDERED that:

        1. The stay entered March 29, 2007 (docket no. 13) is hereby lifted;

        2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An

1  answer shall be accompanied by all transcripts and other documents relevant to the issues
2  presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;
3              3.  If the response to the habeas petition is an answer, petitioner's reply, if any,
4  shall be filed and served within thirty days after service of the answer;
5              4.  If the response to the habeas petition is a motion, petitioner's opposition or
6  statement of non-opposition to the motion shall be filed and served within thirty days after
7  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
8  thereafter; and
9              5.  The Clerk of the Court shall serve a copy of this order together with a copy of
10 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Juliet Brooke Haley,
11 Deputy Attorney General.
12 DATED:  April 1, 2008.

_____
U.S. MAGISTRATE JUDGE

2

ray1702.lift