1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANZ ROLAND RAY,

11          Petitioner,              No. CIV S-06-1702 LKK KJM P

12      vs.

13   KATHY MENDOZA-POWERS,

14          Respondent.        FINDINGS AND RECOMMENDATIONS

15   _____/

16          Petitioner is a state prison inmate proceeding pro se with a petition for a writ of

17   habeas corpus.  On June 2, 2008, respondent filed a motion to dismiss.  On August 8, 2008, the

18   court directed petitioner to file his opposition or statement of non-opposition to the motion.

19   Petitioner has not responded.

20          Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for

21   a writ of habeas corpus be dismissed for failure to prosecute.  Fed. R. Civ. P. 41.

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, any party may file written

25   objections with the court and serve a copy on all parties.  Such a document should be captioned

26   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

1

1    shall be served and filed within ten days after service of the objections.  The parties are advised

2    that failure to file objections within the specified time may waive the right to appeal the District

3    Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4    DATED:  October 22, 2008.

5    _____

6    U.S. MAGISTRATE JUDGE

7    2
     ray1702.157

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26