IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANZ ROLAND RAY,

    Petitioner,      No. CIV S-06-1702 LKK KJM P

    vs.

KATHY MENDOZA-POWERS,

    Respondent.      <u>ORDER</u>

                                  /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 23, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties; on October 30, 2008, these findings and recommendations were reserved on petitioner at a new address. These findings and recommendations contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

/////

/////

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4  1. The findings and recommendations filed October 23, 2008, are adopted in full;
5  and
6  2. The petition is dismissed for failure to prosecution.

8  DATED: December 23, 2008.

```
                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
```